JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH ANTHONY J., | CASE NO. SACV 20-01762-AS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: February 23, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE